**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TRIAD HEALTH LLC d/b/a MEDIRA RX,

Petitioner/Cross-Respondent,

-against-

26 **CIVIL** 1957 (JPO)

# JUDGMENT

NOVUS HEALTH, INC. f/k/a
CENTRALWEST HEALTHCARE, INC.,

Respondent/Cross-Petitioner.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 27, 2026, MediraRx's petition and motion to vacate the Award are DENIED; Novus's cross-petition to confirm the Award is GRANTED; and Novus's motion for attorney's fees is DENIED. The Award of Arbitrator Kevin Feerick dated January 8, 2026 is hereby CONFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

August 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**